| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__ | |
| Case number *(if known)* _____ Chapter 15 | ☐ Check if this an amended filing |

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **Canacol Energy Ltd.** |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number ___<br>☑ Other **103862074**. Describe identifier **Canadian Business Number**.<br>**For individual debtors**<br>☐ Social Security Number: ___<br>☐ Individual Taxpayer Identification Number (ITIN): ___<br>☐ Other ___. Describe identifier ___. |
| 3. | Name of foreign representative(s) | **KPMG Inc., in its capacity as Canadian Court-appointed Monitor** |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | **Court of King's Bench of Alberta (Calgary), Court File No. 250118462** |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

| | | |
|---|---|---|
| **8.** | **Others entitled to notice** | Attach a list containing the names and addresses of:<br>(i) all persons or bodies authorized to administer foreign proceedings of the debtor,<br>(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and<br>(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**
Canada

**Debtor's registered office:**
1000 Livingston Place
250-2nd Street SW
Calgary, Alberta T2P0C1
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

Canada
<sub>Country</sub>

**Individual debtor's habitual residence:**
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

<sub>Country</sub>

**Address of foreign representative(s):**
KPMG Inc., in its capacity as Monitor and Foreign Representative
Bay Adelaide Centre, Suite 4600
333 Bay Street
Toronto, Ontario
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

Canada
<sub>Country</sub>

**10. Debtor's website** (URL)    https://canacolenergy.com/

**11. Type of debtor**

*Check one:*

[✓] Non-individual (*check one*):

    [✓] Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    [ ] Partnership

    [ ] Other. Specify: _____

[ ] Individual

**12. Why is the venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**Chapter 15 cases of affiliates pending in this district.**

---

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X  /s/ Katherine Forbes
Signature of foreign representative

Katherine Forbes
Senior Vice President of KPMG Inc., in its capacity as Monitor and Foreign Representative
Printed name

Executed on  11/18/2025
MM / DD / YYYY

X _____
Signature of foreign representative

_____
Printed name

Executed on  _____
MM / DD / YYYY

---

**14. Signature of attorney**

X  /s/ Steven W. Golden
Signature of Attorney for foreign representative

Date  11/18/2025
MM / DD / YYYY

Steven W. Golden
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**1700 Broadway
36th Floor
New York, NY 10019**
Number, Street, City, State & ZIP Code

**212-561-7715**

**sgolden@pszjlaw.com**
Email address

**5374152 NY**
Bar number and State