Laura Davis Jones (*pro hac vice* pending)
Steven W. Golden
Mary F. Caloway (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 12572<br><br>(Joint Administration Requested) |

**CONSOLIDATED VERIFIED LIST**
**PURSUANT TO FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE 1007(a)(4), 1008, AND 7007.1 AND LOCAL RULE 1007-3**

KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian Court"), by and through its undersigned counsel, respectfully submits these lists pursuant to Rules 1007(a)(4), 1008, and 7007.1 of the Federal Rules of Bankruptcy Procedure

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429).  The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

and Rule 1007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York and states as follows:[2]

1. After conducting a good-faith inquiry based on the organizational chart provided to it by the Debtors, the Foreign Representative is aware of the following parent corporations or publicly held corporations that own ten percent (10%) or more of a Debtor's stock:[3]

- Canacol holds:
  - 100% of the ownership interests in each of Cantana Energy GmbH ("Cantana Switzerland"), CNE Energy S.A.S. ("CNE Energy Colombia"), and 2654044 Alberta Ltd. ("265 Alberta");
  - 65% of the ownership interests in CNE Oil & Gas S.R.L. ("CNE Panama");
  - 68.6% of the ownership interests in CNE Oil & Gas S.A.S. ("CNE O&G Colombia");
  - 60% of the ownership interests in Canacol Energy ULC ("Canacol ULC"); and
  - 52.12% of the ownership interests in 2498003 Alberta ULC ("249 Alberta").
- 265 Alberta holds 40% of the ownership interests in Canacol ULC.
- Canacol ULC holds:
  - 100% of the ownership interests in Canacol Energy Colombia S.A.S. ("Canacol Colombia");
  - 40.88% of the ownership interests in 249 Alberta; and
  - 35% of the ownership interests in CNE Panama.

---

[2] Pursuant to 11 U.S.C. § 1515(c), the Foreign Representative notes that it intends to file proceedings in Colombia but, as of the Petition Date, such proceedings have not been filed. In accordance with 11 U.S.C. § 1518(2), the Foreign Representative will promptly inform the Court of such proceedings once filed.

[3] As of May 12, 2025, no person or company beneficially owned, controlled, or directed, directly or indirectly, voting securities of Canacol Energy Ltd. ("Canacol") carrying more than 10% of the voting rights attached to any class of voting securities of Canacol other than: Fourth Sail Capital, LP (20.49%) and Cavengas Holdings S.R.L. (19.11%).

- 249 Alberta holds 100% of the ownership interests in Shona Holding GmbH ("Shona Switzerland").

- CNE Energy Colombia holds 31.4% of the ownership interests in CNE O&G Colombia.

2. Names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtors:

> KPMG Inc., in its capacity as Monitor and Foreign Representative
> Bay Adelaide Centre
> 333 Bay Street
> Suite 4600
> Toronto, Ontario, Canada M5H 2S5

3. All parties to litigation pending in the United States in which a Debtor is a party at the time of the filing of the petitions:

None.

4. All entities against whom provisional relief is being sought under section 1519 of title 11 of the United States Code:

Attached hereto as **Exhibit A**.

5. All entities whose securities are publicly traded in which a Debtor directly or indirectly owns 10% or more of any class of such entity's equity interests, and any general or limited partnership or joint venture in which a Debtor owns an interest:

None.

<table>
<tr><td>Dated: November 18, 2025</td><td>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (*pro hac vice* pending)<br>Steven W. Golden<br>Mary F. Caloway (*pro hac vice* pending)<br>1700 Broadway, 36th Floor<br>New York, New York 10019<br>Telephone: 212-561-7700<br>Facsimile: 212-561-7777<br><br>*Counsel to the Foreign Representative*</td></tr>
</table>

**VERIFICATION**

I, Katherine Forbes, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury under the laws of the United States of America as follows:

I am an Officer of KPMG Inc., in its capacity as Monitor, the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors, which are the subject of jointly-administered proceedings under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA") before the Court of King's Bench of Alberta (the "Canadian Court"). I am authorized to submit this verification on behalf of the Foreign Representative.

I have read the foregoing Consolidated Verified List and I am informed and believe that the factual statements made within are true and accurate to the best of my knowledge, information, and belief.

Dated: November 18th, 2025
Toronto, Ontario, Canada

By: Katherine Forbes
KPMG Inc., in its capacity as Monitor of the Debtors, as Foreign Representative