## **EXHIBIT A**

| Name | Address1 | Address2 | City | State/Province | ZIP | Country | Email | Attention |
|------|----------|----------|------|----------------|-----|---------|-------|-----------|
| AETNA LIFE AND CASUALTY BERMUDA | P.O. BOX 21673 | | Chicago | IL | 60603 | USA | | |
| AIRESPRING INC | 1801 W. Olympic Boulevard | | Pasadena | CA | 91199-1422 | USA | | |
| ALLIANCE ADVISORS | 150 Clove Road, Suite 400 | | Little Falls | NJ | 07424 | USA | | |
| Banco Continental S.A.E.C.A | Av. Mariscal Lopez 3233 esq. Giral Garay | Asuncion Edificio BICSA Financial Center, calle Aquilino De LA Guardia y avenida | Paraguay | | | Paraguay | mario.umpierrez@bancontinental.com.py | Marion Anibal Umpierrez Olivera |
| Banco Internacional de Costa Rica, S.A. | Ciudad de Panama, Republica de Panama y officinas enBalboa | | | | | | rmono@bicsa.com, jjgonzalez@bicsa.com pmota@bladex.com, Crodriguez@bladex.com | Ricardo Meono Zamora, Juan Jose Gonzalez |
| Banco Latinoamericano de Comercio Exterior, S.A. - Bladex SA | Calle 113 #7-45 Edificio Teleport Business Park | Torre B, Officina, 1008 P.H. Plaza Marbella, Torre No. 1, Panama | Bogota | | | Bogota | Crodriguez@bladex.com | Pablo Atuesta/Carolina Rodriguez |
| Bancolombia (Panama) S.A. | Calle Aquilino de la Guardia y Calle 47 | | Republica de Panama | | | Panama | lmartelo@bancolombia.com.co | Luis Eduardo Martelo Navarro |
| BARCLAYS CAPITAL INC | 745 7th Avenue | | New York | NY | 10019 | USA | | |
| BIGTIME SOFTWARE INC | 311 South Wacker Drive Suite 2300 | | Chicago | IL | 60606 | USA | | |
| BLOOMBERG INDUSTRY GROUP | 1801 South Bell Street | | Arlington | VA | 22202 | USA | | |
| BLUE MARBLE GEOGRAPHICS | 22 Carriage Ln | | Hallowell | ME | 04347 | USA | | |
| CHORUS CALL INC | 2420 Mosside Blvd | | Monroeville | PA | 15146 | USA | | |
| CITI AGENCY & TRUST | 388 Greenwich Street 23rd Floor | | New York | NY | 10013 | USA | | |
| Citibank Account Services Operations | One Penns Way | Ops 2/2 | New Castle | DE | 19720 | Uusa | daca.serviceteam@citi.com | DACA Service Team |
| CITIBANK NA | 388 Greenwich Street 23rd Floor | | New York | NY | 10013 | USA | | |
| Citibank, N.A. | 388 Greenwich Street | | New York | NY | 10013 | USA | maria.fernanda.ortizgomez@citi.com | Maria Fernanda Ortiz / Catalina Reina |
| Citibank, N.A. | Carrera 9a No. 99-02 | | Bogota | | | Colombia | catalina.reina@citi.com | Catalina Reina |
| Credit Suisse AG Citi Bank | 388 Greenwich Street 23rd Floor | | New York | NY | 10013 | USA | | |
| CT CORPORATION | P.O. BOX 4349 | | Carol Stream | IL | 60197-4349 | USA | | |
| DE GROOT-BRILL EARTH SCIENCES USA (dGB) | 12946 Dairy Ashford Rd. | | Sugar Land | TX | 77478 | USA | | |
| DEGOLYER AND MACNAUGHTON | 5001 SPRING Valley Road, Suite 800 East | | Dallas | TX | 75244 | USA | | |
| DELAWARE AMERICAN LIFE (WORLDWIDE BENEFITS) | | | | | | | | |
| METLIFE - GROUP BENEFITS | P.O. BOX 1449 Mailstop DOPS 66N King Street | | Wilmington | DE | 19899 | USA | | |
| Deutsche Bank Trust Company Americas | One Columbus Circle, 17th Floor | NYC01-1701 | New York | NY | 10019 | USA | | Jennifer Vandyne |
| Deutsche Bank, AG | Taunusanlage 12 | | Frankfurt am Main | | 60325 | Germany | thiago.cruz@db.com | Thiago Cruz |
| ENVERUS INC | PO BOX 735594 | | Dallas | TX | 75373 | USA | | |
| FACTSET RESEARCH SYSTEMS INC | 45 Glover Avenue 7th floor | | Norwalk | CT | 06850 | USA | | |
| FICOTEQ, LLC | 16310 TOMBALL PARKWAY, SUITE 201 | | Houston | TX | 77064 | USA | | |
| First Citizens Bank Limited | #9 Queen's Park East | Port of Spain | Trinidad | | | Trinidad | dereck.ramlal@firstcitizenstt.com | |
| FITCH RATINGS INC. | 33 Whitehall Street | | New York | NY | 10004 | USA | | |
| GALILEO TECHNOLOGIES CORPORATION | 11800 CLARK STREET ARCADIA, CA 91006 | | Arcadia | CA | 91006 | USA | | |
| JP Morgan Chase Bank, N.A. | 500 Stanton Christiana Road, NCC 5, Floor 01 | | Newark | DE | 19713-2107 | USA | na_cpg@jpmorgan.com | Vithal Giri / Ravi Pingala |
| KAPPA NORTH AMERICA INC. | 1500 Citywest Blvd, Suite 741 | | Houston | TX | 77042 | USA | | |
| KPMG Inc. | Bay Adelaide Centre, 333 Bay Street | Suite 4600 | Toronto | Ontario | M5H2S5 | Canada | katherineforbes@kpmg.ca pvaneyk@kpmg.ca duncanlau@kpmg.ca | |
| LANDMARK TECHNOLOGY HOLDINGS INC | 3000 N. SAM HOUSTON PKWY E. | | Houston | TX | 77032 | USA | | |
| MACQUARIE BANK LIMITED | 125 WEST 55TH STREET | | New York | NY | 10019 | USA | | Adolfo Osorio Diaz Robert Trevena Chris Horne |
| Macquarie Bank Limited Representative Office | 125 West 55TH Street, 22nd Floor | | New York | NY | 10019 | USA | Adolfo.osoriodiaz@macquarie.com | |
| MEDIANT COMMUNICATIONS LLC | P.O. BOX 201371 | | Dallas | TX | 75320-1371 | USA | | |
| MOODY'S INVESTORS SERVICES, INC | P.O. BOX 102597 | | Atlanta | GA | 30368-0597 | USA | | Moody's Investors Service |
| Moody's Investors Services, Inc. | 7WTC at 250 Greenwich Street | | New York | NY | 10007 | USA | MISCollections@moodys.com | |
| OTC MARKETS GROUP INC. | P.O. BOX 29959 | | New York | NY | 10087-9959 | USA | | |
| PLEXUS CAPITAL, LLC | 8859 W Crestline Dr | | Littleton | CO | 80123 | USA | | |
| PPI ENGINEERING & CONSTRUCTION SERVICES LLC | 2627 Chestnut Ridge Rd, Suite 240 | | Kingwood | TX | 77339 | USA | | |
| PRYOR GLOBAL LLC | 5323 Milenia Lakes Blvd, Suite 300 | | Orlando | FL | 32839 | USA | | |
| PRYOR INTERNATIONAL LLC | 40 SW 13th Street, suite 802 | | Miami | FL | 33139 | USA | | |
| S&P GLOBAL | 2542 Collection Center Drive | | Chicago | IL | 60693 | USA | cashapps@spglobal.com | |
| S&P GLOBAL PLATTS | 55 Water Street | | New York | NY | 10041 | USA | | |
| SCA SUBSURFACE CONSULTANTS & ASSOCIATES LLC | 1724 Massachusetts Avenue NW, 2nd Floor | | Washington | DC | 20036 | USA | | |
| VIRTUA RESEARCH INC | 160 State Street 8th floor | | Boston | MA | 02109 | USA | | |