# EXHIBIT A

**Proposed Order**

4916-6922-7130.1 SWG.001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>　　　Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12572 (DSJ)<br><br>(Joint Administration Requested) |

**ORDER GRANTING FOREIGN REPRESENTATIVE'S *EX PARTE* MOTION FOR ENTRY OF ORDER SHORTENING THE NOTICE PERIODS FOR EMERGENCY HEARINGS ON MOTIONS OF FOREIGN REPRESENTATIVE FOR (I) ENTRY OF AN ORDER GRANTING PROVISIONAL RELIEF, (II) ENTRY OF AN ORDER GRANTING JOINT ADMINISTRATION OF CHAPTER 15 CASES AND (III) ENTRY OF AN ORDER SCHEDULING HEARING AND SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE**

Upon consideration of the motion (the "Motion to Shorten")[2] of KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), seeking entry of an order (this "Order") shortening notice for an emergency hearing (the "Emergency Hearing") on the (a) *Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to Section 1519 of the Bankruptcy Code* (the "Provisional Relief Motion"), (b) *Motion for Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007(a)(4)* (the "Joint Administration Motion"), and (c) *Foreign Representative's Motion for Order Scheduling*

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

*Recognition Hearing and Specifying the Form and Manner of Service of Notice* (the "<u>Scheduling Motion</u>" and collectively with the Provisional Relief Motion and Scheduling Motion, the "<u>Motions</u>"); and upon this Court's review and consideration of the Motion to Shorten and the *Declaration of Jason Bednar in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding and (III) Certain Related Relief*; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and this Court having determined that the legal and factual bases set forth in this Motion to Shorten establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors and their creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted.

2. Responses or Objections to the Motions may be presented at the Hearing.

3. An emergency hearing ("<u>Emergency Hearing</u>") on the Motions shall be held at **11:00 a.m. (E.T.) on November 20, 2025** before the Honorable Judge David S. Jones by Zoom for Government. Any party wishing to attend the Emergency Hearing must register their appearance using the eCourt Appearance tool (<u>https://www.nysb.uscourts.gov/ecourt-appearances</u>) by 4:00 p.m. on November 19, 2025.

4916-6922-7130.1 SWG.001

4. The Foreign Representative shall serve notice of this Order by email or United States or Canadian mail where no e-mail is available on (i) the Office of the United States Trustee for the Southern District of New York, (ii) Macquarie; (iii) Deutsche Bank Trust Company Americas, as Administrative Agent under the Revolving Credit Facility; and (iv) Citibank, N.A., as Trustee, Security Registrar and Paying Agent under the Indenture

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November ____, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

4916-6922-7130.1 SWG.001