Laura Davis Jones (*pro hac vice* pending)
Steven W. Golden
Mary F. Caloway (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 12572 (DSJ)<br><br>(Joint Administration Requested) |

**NOTICE OF HEARING AND AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 20, 2025 AT 11:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| Date and Time of Hearing: | **November 20, 2025 at 11:00 a.m. (Eastern Time)** (the "Hearing") before the Honorable David S. Jones, United States  Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, New York 10004. |
| Location of Hearing: | The Hearing will be a **Zoom** hearing. It will be conducted "live" via Zoom for Government. See Judge Jones chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/content/judge-david-s-jones. You can also go to: https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances. Participants are required to register their appearance through the "eCourtAppearances" tab on the  Court's by **4:00 p.m.** |

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429).  The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

**(ET) one business day before the Hearing**. The Court will circulate by email a Zoom link to those parties who previously registered for the Hearing through the "eCourtAppearances" tab on the Court's website.

## MATTERS GOING FORWARD

1. Motion for Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007(a)(4), filed November 18, 2025 [Docket No. 3].

    Status: This matter is going forward.

2. Motion for Provisional Relief in Aid of Canadian Proceeding Pursuant to 1519 of the Bankruptcy Code, filed November 19, 2025 [Docket No. 7].

    Related Filings:

    A. Consolidated Verified List Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(4), 1008, and 7007.1 and Local Rule 1007-3, filed November 18, 2025 [Docket No. 2].

    B. Declaration of Raj S. Sahni in Support of Verified Petitions for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code, filed November 19, 2025 [Docket No. 4].

    C. Declaration of Katherine Forbes of KPMG Inc., as Monitor and Foreign Representative, in Support of Verified Petitions for Recognition of Foreign Proceeding and Related Relief, filed November 19, 2025 [Docket No. 5].

    D. Declaration of Jason Bednar in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional Relief and Final Relief Aid of Canadian Proceeding, and (III) Related Relief, filed November 19, 2025 [Docket No. 6].

    Status: This matter is going forward.

3. Foreign Representative's Ex Parte Motion for Entry of Order Shortening the Notice Periods for Emergency Hearing on Motions of Foreign Representative for (I) Entry of an Order Granting Provisional Relief, (II) Entry of an Order Granting Joint Administration of Chapter 15 Cases and (III) Entry of an Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice, November 19, 2025 [Docket No. 9].

>   Status: This matter is going forward.

4.  Foreign Representative's Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice, filed September 9, 2025 November 19, 2025 [Docket No. 10].

>   Status: This matter is going forward.

Copies of the above-referenced documents and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents).

| | |
|---|---|
| Dated: November 19 , 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Steven W. Golden* |
| | Laura Davis Jones (*pro hac vice* pending) |
| | Steven W. Golden |
| | Mary F. Caloway (*pro hac vice* pending) |
| | 1700 Broadway, 36th Floor |
| | New York, New York 10019 |
| | Telephone:  212-561-7700 |
| | Facsimile:   212-561-7777 |
| | |
| | *Counsel to the Foreign Representative* |