Laura Davis Jones (*pro hac vice* pending)
Steven W. Golden
Mary F. Caloway (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 12572<br><br>(Joint Administration Requested) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mary F. Caloway, respectfully request admission, **pro hac vice,** before the Honorable Judge David S. Jones , to represent KPMG Inc., the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (the "Foreign Representative") in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Delaware.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); and 2498003 Alberta ULC (4611). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

| | |
|---|---|
| Dated: November 19, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Steven W. Golden* |
| | Laura Davis Jones (*pro hac vice* pending) |
| | Steven W. Golden |
| | Mary F. Caloway (*pro hac vice* pending) |
| | 1700 Broadway, 36th Floor |
| | New York, New York 10019 |
| | Telephone: 212-561-7700 |
| | Facsimile: 212-561-7777 |
| | |
| | *Counsel to the Foreign Representative* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 12572<br><br>(Joint Administration Requested) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mary F. Caloway to be admitted, *pro hac vice*, to represent KPMG Inc., the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (the "Foreign Representative") in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware, it is hereby:

**ORDERED**, that Mary F. Caloway, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Monitor and Foreign Representative, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November __, 2025
New York, New York

/s/ _____
HONORABLE JUDGE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); and 2498003 Alberta ULC (4611). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.