**CLIFFORD CHANCE US LLP**
Brian J. Lohan
Maja Zerjal Fink
Michelle M. McGreal
Madelyn Nicolini

Two Manhattan West
375 9th Avenue
New York, NY 10001-1696
Telephone: 212-878-3187

*Counsel to the RCF Lenders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12572 (DSJ)<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned chapter 15 case on behalf of a group of lenders (the "**RCF Lenders**") under that certain Revolving Credit and Guaranty Agreement dated February 14, 2023 (as amended, modified or supplemented in accordance with the terms thereof, the "**RCF**"), between Canacol Energy Ltd., as the Borrower, each Guarantor party thereto, each Lender party thereto, and Deutsche Bank Trust Company Americas, as Administrative Agent.

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

Pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the RCF Lenders request that all notices given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 15 case, or in proceedings related thereto, be given to and served upon the following:

>   Brian J. Lohan
>   Maja Zerjal Fink
>   Michelle M. McGreal
>   Madelyn Nicolini
>   **CLIFFORD CHANCE US LLP**
>   Two Manhattan West
>   375 9th Avenue
>   New York, NY 10001-1696
>   Telephone: 212-878-3187
>   Email:  brian.lohan@cliffordchance.com
>   maja.zerjalfink@cliffordchance.com
>   michelle.mcgreal@cliffordchance.com
>   madelyn.nicolini@cliffordchance.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notices, applications, complaints, demands, motions, petitions, pleadings, disclosure statements, plans of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, electronic filing, facsimile, or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this *Notice of Appearance and Request for Service of Notices and Papers* (this "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall be deemed, or construed to constitute, a waiver of any

substantive or procedural right of the RCF Lenders, including, without limitation, (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iv) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 20, 2025

    Respectfully submitted,

*/s/ Maja Zerjal Fink*
Brian J. Lohan
Maja Zerjal Fink
Michelle M. McGreal
Madelyn Nicolini
**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, NY 10001-1696
Telephone: 212-878-8000
Email:  brian.lohan@cliffordchance.com
       maja.zerjalfink@cliffordchance.com
       michelle.mcgreal@cliffordchance.com
       madelyn.nicolini@cliffordchance.com

*Counsel to the RCF Lenders*

**CERTIFICATE OF SERVICE**

I, Maja Zerjal Fink, hereby certify that on November 20, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Maja Zerjal Fink*
Maja Zerjal Fink