Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD., *et al.*[1]<br><br>              Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12572 (DSJ)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF AMENDED AND RESTATED INITIAL CCAA ORDER

**PLEASE TAKE NOTICE** that, on November 18, 2025, KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian Court"), filed petitions for relief (the "Petitions") under chapter 15 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1]      The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with filing the Petitions, the Foreign Representative filed motions seeking provisional relief [Docket No. 7] and recognition of the Canadian Proceeding as foreign main proceedings [Docket No. 8].

**PLEASE TAKE FURTHER NOTICE** that, on November 20, 2025, the Bankruptcy Court entered the *Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 25], granting provisional, injunctive, and related relief. Pursuant to the Provisional Relief Order, the Initial CCAA Order was given full force and effect on a provisional basis.

**PLEASE TAKE FURTHER NOTICE** that, on November 28, 2025, the Canadian Court entered the Amended and Restated Initial CCAA Order. A true and correct copy of the Amended and Restated Initial CCAA Order is attached hereto as **Exhibit A**.

Dated: December 1, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*