**ALSTON & BIRD LLP**
Stephen M. Blank
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Douglas J. Harris (admitted *pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Counsel to Citibank, N.A., in its capacities as trustee, security registrar, and paying agent for the 5.75% Senior Notes due 2028*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re:                                               :    Chapter 15
                                                     :
CANACOL ENERGY LTD.,[1]                              :    Case No. 25-12572 (DSJ)
                                                     :
    Debtors in a Foreign Proceeding.               :    (Jointly Administered)
                                                     :
----------------------------------------------------------------x

## RESERVATION OF RIGHTS

Citibank, N.A. ("Citibank"), as indenture trustee for the 5.75% Senior Notes due 2028 issued pursuant to that certain Indenture dated as of November 24, 2021 by and among Canacol Energy LTD., as issuer, the note guarantors party thereto, and Citibank as the indenture trustee, hereby submits this reservation of rights to the *Motion for (I) Recognition of Foreign Main Proceeding (or in the Alternative, Foreign Nonmain Proceeding), (II) Recognition of Foreign*

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

*Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Doc. 8] (the "Motion") filed by the Foreign Representative of the above-captioned debtors (collectively, the "Debtors") and states as follows:[2]

Citibank continues to monitor the developments in the Canadian Proceeding, as well as the proceedings before this Court and in Colombia, and continues to reserve all rights, including with respect to recognition before this Court.

**ALSTON & BIRD LLP**

Dated: December 4, 2025

By: */s/ Stephen M. Blank*
Stephen M. Blank
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: stephen.blank@alston.com

-and-

Douglas J. Harris (admitted *pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: douglas.harris@alston.com

*Counsel to Citibank, N.A., in its capacities as trustee, security registrar, and paying agent for the 5.75% Senior Notes due 2028*

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

## **CERTIFICATE OF SERVICE**

I, Stephen M. Blank, hereby certify that on December 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/ *Stephen M. Blank*
Stephen M. Blank