Laura Davis Jones (*admitted pro hac vice*)
Steven W. Golden
Mary F. Caloway (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD., *et al.*[1] | Case No. 25-12572 (DSJ) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF FILING OF SECOND REPORT OF THE MONITOR**

PLEASE TAKE NOTICE that KPMG Inc., in its capacity as the court-appointed monitor (in such capacity, the "Monitor") and the authorized foreign representative (the "Foreign Representative") of the above-captioned foreign debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (collectively, the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA") before the Court of King's Bench of Alberta (the "Canadian Court"), by and through its undersigned counsel, hereby files the *Second Report of the Monitor* (the "Second Report") filed

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

4911-8030-3232.1 50180.00001

in the Canadian Proceeding on December 9, 2025.  A true and correct copy of the Second Report is attached hereto as **Exhibit A**.

|  |  |
|---|---|
| Dated:  December 9, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Laura Davis Jones* |
|  | Laura Davis Jones (*admitted pro hac vice*) |
|  | Steven W. Golden |
|  | Mary F. Caloway (*admitted pro hac vice*) |
|  | 1700 Broadway, 36th Floor |
|  | New York, New York 10019 |
|  | Telephone: 212-561-7700 |
|  | Facsimile: 212-561-7777 |
|  |  |
|  | *Counsel to the Foreign Representative* |