# **EXHIBIT A**

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD., *et al.*[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12572 (DSJ)<br><br>(Jointly Administered) |

**ORDER GRANTING FOREIGN REPRESENTATIVE'S *EX PARTE* MOTION FOR ENTRY OF ORDER SHORTENING THE NOTICE PERIODS FOR FOREIGN REPRESENTATIVE'S EMERGENCY MOTION FOR ORDER RECOGNIZING AND ENFORCING SECOND AMENDED AND RESTATED INITIAL ORDER INCLUDING DIP FINANCING AUTHORIZED THEREUNDER**

Upon consideration of the motion (the "Motion to Shorten")[2] of KPMG Inc., in its capacity as the court-appointed monitor (in such capacity, the "Monitor") and the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), seeking entry of an order (this "Order") shortening notice for an emergency hearing (the "Emergency Hearing") on *Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder* (the "SARIO Recognition Motion"); and upon this Court's review and consideration of the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and this Court having determined that the legal and factual bases set forth in this Motion to Shorten establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors and their creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1.  The Motion to Shorten is granted

2.  An emergency hearing ("Emergency Hearing") on the Motions shall be held at **10:00 a.m. Eastern Time on December 18, 2025** before the Honorable Judge David S. Jones.

3.  Responses or Objections to the Motions shall be filed by 12:00 noon Eastern Time the day before the Emergency Hearing.

4.  The Foreign Representative shall serve notice of this Order and the Emergency Hearing by email or overnight mail on all (i) the Office of the United States Trustee for the Southern District of New York, (ii) counsel to the Debtors, (iii) counsel for Macquarie Bank Ltd., and (iv) all parties on the Debtors' Master Service List.

5.  The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

4936-5137-8304.1 50180.00001

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December ____, 2025

_____
UNITED STATES BANKRUPTCY JUDGE