Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD., *et al.*[1] | Case No. 25-12572 (DSJ) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

## NOTICE OF FILING REVISED PROPOSED ORDER GRANTING MOTION FOR (I) RECOGNITION OF FOREIGN MAIN PROCEEDING (OR, IN THE ALTERNATIVE, FOREIGN NONMAIN  PROCEEDING), (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on November 11, 2025, KPMG Inc. ("KPMG"), the

court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative

(in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the

"Debtors"), which are the subject of jointly-administered proceedings (the "Canadian

Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as

amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian

---

[1]        The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

Court"), filed the *Motion for (I) Recognition of Foreign Main Proceeding (or, in the Alternative, Foreign Nonmain Proceeding), (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 8] (the "Motion"). The Foreign Representative attached a proposed form of order as Exhibit A to the Motion (the "Proposed Order").

The Foreign Representative have made certain changes to the Proposed Order in response to informal comments received from Citibank N.A.

Attached hereto as **Exhibit A** is a revised Proposed Order (the "Revised Proposed Order") approving the Motion. Attached hereby as **Exhibit B** is a blackline comparison of the Revised Proposed Order against the Proposed Order.

The Foreign Representative intend to seek entry of the Revised Proposed Order at the hearing scheduled before the Honorable David S. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on **December 11, 2025 at 11:00 a.m. (ET)** (the "Hearing").

Dated:  December 10, 2025                         PACHULSKI STANG ZIEHL & JONES LLP

                                                 */s/ Laura Davis Jones*
                                                 Laura Davis Jones (admitted *pro hac vice*)
                                                 Steven W. Golden
                                                 Mary F. Caloway (admitted *pro hac vice*)
                                                 1700 Broadway, 36th Floor
                                                 New York, New York 10019
                                                 Telephone: 212-561-7700
                                                 Facsimile: 212-561-7777

                                                 *Counsel to the Foreign Representative*