Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD., *et al.*[1] | Case No. 25-12572 (DSJ) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF ENTRY OF CANADIAN COURT'S
SECOND AMENDED AND RESTATED CCAA INITIAL ORDER**

**PLEASE TAKE NOTICE** that, on December 10, 2025, KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian Court"), filed the *Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder* [Docket

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

No. 35] (the "Motion") requesting entry of an order, substantially in the form attached to the Motion as Exhibit A (the "Proposed Order"): recognizing and giving effect in the United States to the Second Amended and Restated Initial Order (the "SARIO"), a draft of which was attached to the Motion as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2025, the Canadian Court granted the SARIO.

**PLEASE TAKE FURTHER NOTICE** that a copy of the SARIO, as granted by the Canadian Court, is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that a blackline of the SARIO against the SARIO attached to the Motion as Exhibit B, is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of the Proposed Order recognizing and enforcing the SARIO at the hearing on Motion scheduled for **December 18, 2025 at 10:00 a.m. (ET).**

Dated: December 15, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*