Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 12572 (DSJ)<br><br>(Jointly Administered) |

**NOTICE OF HEARING AND AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2025 AT 10:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| Date and Time of Hearing: | **December 18, 2025 at 10:00 a.m. (Eastern Time)** (the "Hearing") before the Honorable David S. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, New York 10004. |
| Location of Hearing: | The Hearing will take place via Zoom. See Judge Jones' chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/content/judge-david-s-jones. You can also go to: https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances. Participants are required to register their appearance through the "eCourtAppearances" tab on the Court's website by **4:00 p.m. (ET) one business day before the Hearing**. The Court |

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429).  The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

       will circulate by email a Zoom link to those parties who previously registered for the Hearing through the "eCourtAppearances" tab on the Court's website.

### **MATTERS GOING FORWARD**

1. Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder, filed December 10, 2025 [Docket No. 35].

   Related Filings:

   A. Declaration of Jason Bednar in Support of Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder, filed December 10, 2025 [Docket No. 36].

   B. Notice of Filing Second Report of the Monitor, filed December 10, 2025 [Docket No. 37].

   C. Foreign Representative's *Ex Parte* Motion for Entry of Order Shortening the Notice Periods for Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder, filed December 10, 2025 [Docket No. 38].

   D. Order Granting Foreign Representative's *Ex Parte* Motion for Entry of Order Shortening the Notice Periods for Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder, entered December 10, 2025 [Docket No. 39].

   E. Notice of Hearing, filed December 10, 2025 [Docket No. 41].

   F. Notice of Entry of Canadian Court's Second Amended and Restated CCAA Initial Order, filed December 15, 2025 [Docket 44].

   Responses Received: None to date.

   Status: This matter is going forward.

Copies of the above-referenced documents and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents).

| | |
|---|---|
| Dated: December 15, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones*<br>Laura Davis Jones (aditted *pro hac vice*)<br>Steven W. Golden<br>Mary F. Caloway (admitted *pro hac vice*)<br>1700 Broadway, 36th Floor<br>New York, New York 10019<br>Telephone: 212-561-7700<br>Facsimile: 212-561-7777 |
| | *Counsel to the Foreign Representative* |