SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
James J. Mazza, Jr. (*pro hac vice* admission pending)
Justin M. Winerman (*pro hac vice* admission pending)
320 S. Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

-and-

Eric H. Silverstein (*pro hac vice* admission pending)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Counsel to Macquarie Bank Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 15** |
| **CANACOL ENERGY LTD.,**[1] | **Case No. 25-12572 (DSJ)** |
| **Debtors in a Foreign Proceeding.** | **(Jointly Administered)** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP

hereby appears in the above-captioned cases (the "**Chapter 15 Cases**") as counsel to represent

Macquarie Bank Ltd. ("**Macquarie**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of title

11 of the United States Code (the "**Bankruptcy Code**") and rule 9010(b) of the Federal Rules of

---

[1]    The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5

Bankruptcy Procedure (the "**Bankruptcy Rules**"), the undersigned respectfully request that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served on the following, as counsel to Macquarie.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
James J. Mazza, Jr. (*pro hac vice* admission pending)
Justin M. Winerman (*pro hac vice* admission pending)
320 S. Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
james.mazza@skadden.com
justin.winerman@skadden.com

-and-

Eric H. Silverstein (*pro hac vice* admission pending)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
eric.silverstein@skadden.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002 and Local Bankruptcy Rule 2002-1), motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to these Chapter 15 Cases and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive Macquarie's rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent

2

with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after *de novo* review by a higher court, (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Macquarie is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Macquarie does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 17, 2025
      Chicago, Illinois

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          */s/ James J. Mazza, Jr.*
          James J. Mazza, Jr. (*pro hac vice* admission pending)
          Justin M. Winerman (*pro hac vice* admission pending)
          320 S. Canal Street
          Chicago, Illinois 60606-5707
          Telephone: (312) 407-0700
          Facsimile: (312) 407-0411

          -and-

          Eric H. Silverstein (*pro hac vice* admission pending)
          One Manhattan West
          New York, New York 10001
          Telephone: (212) 735-3000
          Facsimile: (212) 735-2000

          *Counsel to Macquarie Bank Ltd.*

4