## **CERTIFICATE OF SERVICE**

I, James Mazza, Jr., hereby certify that on December 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants. In addition, the foregoing will be served on the parties below via electronic mail.

Laura Davis Jones, Esq.
Steven Golden, Esq.
Mary Caloway, Esq.
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor, New York
New York 10019
ljones@pszjlaw.com
sgolden@pszjlaw.com
mcaloway@pszjlaw.com

*Counsel to the Foreign Representative*

                                                */s/ James J. Mazza, Jr.*
                                                James J. Mazza, Jr.