Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD., *et al.*[1] | Case No. 25-12572 (DSJ) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER GRANTING FOREIGN REPRESENTATIVE'S EMERGENCY MOTION FOR ORDER RECOGNIZING AND ENFORCING SECOND AMENDED AND RESTATED INITIAL ORDER INCLUDING DIP FINANCING AUTHORIZED THEREUNDER**

**PLEASE TAKE NOTICE** that, on November 11, 2025, KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

Court"), filed the *Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder* [Docket No. 35] (the "Motion"). The Foreign Representative attached a proposed form of order as Exhibit A to the Motion (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that on December 17, 2025, the Foreign Representative filed the *Notice of Filing of Revised Proposed Order Granting Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Second Amended and Restated Initial Order Including DIP Financing Authorized Thereunder* [Docket 52] (the "Notice"). Attached as Exhibit A to the Notice was a revised Proposed Order (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative has made certain additional changes to the Revised Proposed Order in response to comments received from Macquarie Bank Ltd.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a further revised Proposed Order (the "Further Revised Proposed Order") approving the Motion. Attached hereto as **Exhibit B** is a blackline comparison of the Further Revised Proposed Order against the Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative intends to seek entry of the Further Revised Proposed Order at the hearing scheduled before the Honorable David S. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on **December 18, 2025 at 10:00 a.m. (ET)**.

|  |  |
|---|---|
| Dated:  December 17, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Laura Davis Jones* |
|  | Laura Davis Jones (admitted *pro hac vice*) |
|  | Steven W. Golden |
|  | Mary F. Caloway (admitted *pro hac vice*) |
|  | 1700 Broadway, 36th Floor |
|  | New York, New York 10019 |
|  | Telephone: 212-561-7700 |
|  | Facsimile: 212-561-7777 |
|  |  |
|  | *Counsel to the Foreign Representative* |