Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD., *et al.*[1] | Case No. 25-12572 (DSJ) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER GRANTING FOREIGN
REPRESENTATIVE'S EMERGENCY MOTION FOR ORDER RECOGNIZING AND
ENFORCING FOURTH AMENDED AND RESTATED INITIAL ORDER**

**PLEASE TAKE NOTICE** that, on November 11, 2025, KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian Court"), filed the *Foreign Representative's Emergency Motion for Order Recognizing and*

---

[1]    The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

*Enforcing Fourth Amended and Restated Initial Order* [Docket No. 67] (the "Motion"). The Foreign Representative attached a proposed form of order as Exhibit A to the Motion (the "Proposed Order").

The Foreign Representative has made certain changes to the Proposed Order in response to informal comments received from counsel to the Indenture Trustee.

Attached hereto as **Exhibit A** is a revised Proposed Order (the "Revised Proposed Order") approving the Motion. Attached hereby as **Exhibit B** is a blackline comparison of the Revised Proposed Order against the Proposed Order.

The Foreign Representative intends to seek entry of the Revised Proposed Order at the hearing scheduled before the Honorable David S. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on **April 27, 2026 at 10:00 a.m. (ET)**.

Dated: April 24, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*
Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Counsel to the Foreign Representative*

4938-0153-4116.1 50180.00001