Laura Davis Jones (admitted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1] *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25- 12572 (DSJ)<br><br>(Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF HEARING AND AGENDA**
**OF MATTERS SCHEDULED FOR HEARING ON APRIL 27, 2026**
**AT 10:00 A.M. (EASTERN TIME)**

Date and Time of Hearing:    **April 27, 2026 at 10:00 a.m. (Eastern Time)** (the "Hearing") before the Honorable David S. Jones, United States  Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, New York 10004.

Location of Hearing:    The Hearing will take place via Zoom. See Judge Jones' chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/ecourt-appearances
You can also go to:    https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Participants are required to register

---

[1]    The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429).  The Foreign Representative's service address for purposes of these Chapter 15 Cases is c/o KPMG Inc., Bay Adelaide Centre, Suite 4600 333 Bay Street, Toronto, Ontario, Canada M5H 2S5.

[2]    **Amended items are indicated in bold.**

their appearance through the "eCourtAppearances" tab on the Court's website by **4:00 p.m. (ET) one business day before the Hearing**. The Court will circulate by email a Zoom link to those parties who previously registered for the Hearing through the "eCourtAppearances" tab on the Court's website.

## MATTER GOING FORWARD

1. Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Fourth Amended and Restated Initial Order, filed April 16, 2026 [Docket No. 67].

   Related Filings:

   A. Declaration of Jason Bednar in Support of Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Fourth Amended and Restated Initial Order, filed April 16, 2026 [Docket No. 68].

   B. Foreign Representative's *Ex Parte* Motion for Entry of Order Shortening the Notice Periods for Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Fourth Amended and Restated Initial Order, filed April 16, 2026 [Docket No. 69].

   C. Order Granting Foreign Representative's *Ex Parte* Motion for Entry of Order Shortening the Notice Periods for Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Fourth Amended and Restated Initial Order, entered April 26, 2026 [Docket No. 70].

   D. Notice of Hearing, filed April 16, 2026 [Docket No. 71].

   E. Notice of Filing of Sixth Report of the Monitor, filed April 17, 2026 [Docket 72].

   F. Certificate of Service, filed April 20, 2026 [Docket No. 73].

   G. Certificate of Service, filed April 21, 2026 [Docket 74].

   H. Certificate of Service, filed April 21, 2026 [Docket 75].

   I. Notice of Filing of Revised Proposed Order Granting Foreign Representative's Emergency Motion for Order Recognizing and Enforcing Fourth Amended and Restated Initial Order, filed April 23, 2026 [Docket No. 77].

   J. **Notice of Entry of Canadian's Court's Fourth Amended and Restated CCAA Initial Order, filed April 25, 2026 [Docket No. 79].**

4906-0665-2836.3 50180.00001

Responses Received: None to date.

Status: This matter is moving forward.

Copies of the above-referenced documents and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents).

Dated: April 25, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*

Laura Davis Jones (aditted *pro hac vice*)
Steven W. Golden
Mary F. Caloway (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

4906-0665-2836.3 50180.00001